**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:99cr22-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | <u>**O R D E R**</u> |
| | ) | |
| | ) | |
| **WILLIAM EDWARD WINN - 2** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion to continue the Supervised Release hearing scheduled for 12 September 2005 in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that the hearing is hereby continued from the September 2005 term in the Statesville Division to the next available term.

**Signed: September 8, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge