UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Docket No. 5:99CR22-2-V

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | ORDER FOR DESTRUCTION OF |
| | ) | SEIZED PROPERTY |
| | ) | |
| WILLIAM EDWARD WINN | | |

William Edward Winn appeared before the Honorable Richard L. Vorhees, U.S. District Judge for the Western District of North Carolina, on January 10, 2000, and pursuant to an earlier plea of guilty to 21 USC § 846, Conspiracy to Possess With Intent to Distribute a Quantity of Marihuana, was sentenced to 37 months imprisonment to be followed by 4 years supervised release.

On January 4, 2002, Winn was released from imprisonment directly to the Eastern District of North Carolina and his supervised release term commenced. On March 1, 2005, U.S. Probation Officer Brock Knight seized two zip lock bags of marihuana and rolling papers from Winn. On April 18, 2006, Winn appeared before the court via Motion for Revocation. He admitted the alledged violations and his supervision was terminated immediately.

The probation officer seeks the court's approval for removal of the seized property from secure inventory by destruction of said seized property.

It is Therefore, Ordered that the seized property be destroyed by the probation office by crushing, cutting, breaking, burning, or deforming in such a manner to ensure that said seized property is rendered totally and permanently inoperable.

This the 23rd day of April, 2008.

Richard L. Voorhees
U.S. District Judge